UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Imran Shahzad, | Case No. 17-mc-50857 |
| Petitioner | Senior United States District Judge Arthur J. Tarnow |
| v. | |
| United States of America, et al., | Magistrate Judge David R. Grand |
| Respondents. | |

_____/

**Order Denying Petition to Quash Summons Request for Magistrate to Review Documents [1]**

On June 19, 2017, Petitioner Imran Shahzad filed a Petition to Quash Summons [1]. Petitioner asks the Court to quash the Financial Records Summons issued to JP Morgan Chase Bank on June 7, 2017. For the reasons stated below, Petitioner's motion is **DENIED** and this matter is deemed closed.

On May 15, 2017, Internal Revenue Service ("IRS") Revenue Officer Chelsea Sommer informed Petitioner via letter that his request to pay taxes in installments had been approved. Petitioner's payment of $500.00 is due on July 20, 2017. Petitioner must make future payments of $500.00 on the 20th of each

following month until he has paid the full amount owed. The letter contains a section titled, "Conditions of the Agreement," one of which is:

> This agreement is based on your current financial condition. We may change or cancel it if our information shows that your ability to pay has changed significantly.

On June 7, 2017, Internal Revenue Service Revenue Officer Chelsea Sommer issued a Financial Records Summons to JP Morgan Chase Bank, seeking bank signature cards, bank statements, and cancelled checks from Petitioner's employer, Urban Sedan Car Transport Service. Petitioner states that he "disagree[s] with the summons" because he "take[s] responsibility of the amount I owe the IRS and do promise to pay on time."

No complaint has been filed in this case, nor does it appear that Respondents have received notice of this petition. It is unclear to the Court whether it even has jurisdiction over Petitioner's case. Aside from the fact that Petitioner disagrees with Officer Sommer's decision to subpoena these documents, the Petition is devoid of any detail as to Petitioner's claims against Respondents.

Accordingly,

**IT IS ORDERED** that the Petition to Quash Summons [1] is **DENIED**.

**SO ORDERED**.

Dated: June 29, 2017

/s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge

**Certificate of Service**

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on June 30, 2017.

s/A. Chubb for M. Lang
Case Manager